Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

# UNITED STATES DISTRICT COURT

for the

District of Columbia  ▾

_____

DR. TED ISEGHOHI EDWARDS

BOSTON LEGAL PARTNERS CORP

_____

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

–v–

1. THE FEDERAL REPUBLIC OF NIGERIA
2. THE ATTORNEY GENERAL AND MINISTER OF
JUSTICE OF THE FEDERAL REPUBLIC OF NIGERIA
3. THE DEBT MANAGEMENT OFFICE OF THE FGN

_____

Defendant(s)

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:23-cv-01129
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 4/24/2023
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial:  *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | DR. TED ISEGHOHI EDWARDS |
| Street Address | 31 RIVER ROAD |
| City and County | ANDOVER, MASSACHUSETTS |
| State and Zip Code | 01810 |
| Telephone Number | 857-707-6970 |
| E-mail Address | TIE45600@GMAIL.COM |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

RECEIVED
APR 24 2023
Clerk, U.S. District &
Courts for the District of Columbia

Defendant No. 1

| | |
|---|---|
| Name | THE FEDERAL GOVERNMENT OF NIGERIA |
| Job or Title *(if known)* | C/O THE MINISTER OF FOREIGN AFFAIRS |
| Street Address | EMBASSY, FEDERAL REPUBLIC OF NIGERIA, 3519 INTERNATIO |
| City and County | WASHINGTON, DC |
| State and Zip Code | DISTRICT OF COLUMBIA, 20008 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | THE ATTORNEY GENERAL AND MINISTER OF JUSTICE OF THE |
| Job or Title *(if known)* | C/O MINISTER OF FOREIGN AFFAIRS |
| Street Address | EMBASSY, FEDERAL REPUBLIC OF NIGERIA, 3519 INTERNATIO |
| City and County | WASHINGTON, DC |
| State and Zip Code | DISTRICT OF COLUMBIA 20008 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | THE DEBT MANAGEMENT OFFICE OF THE FEDERAL GOVERNM |
| Job or Title *(if known)* | DIRECTOR GENERAL, C/O MINISTER OF FOREIGN AFFAIRS |
| Street Address | EMBASSY, FEDERAL REPUBLIC OF NIGERIA, 3519 INTERNATIO |
| City and County | WASHINGTON, DC |
| State and Zip Code | DISTRICT OF COLUMBIA 20008 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

1.     If the plaintiff is an individual

The plaintiff, *(name)*   DR. TED ISEGHOHI EDWARDS                , is a citizen of the State of *(name)*   MASSACHUSETTS                .

2.     If the plaintiff is a corporation

The plaintiff, *(name)*   BOSTON LEGAL CORP                , is incorporated under the laws of the State of *(name)*        MASSACHUSETTS                , and has its principal place of business in the State of *(name)*

   MASSACHUSETTS                .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1.     If the defendant is an individual

The defendant, *(name)*   THE FEDERAL REPUBLIC OF NIGERIA          , is a citizen of the State of *(name)*                          . Or is a citizen of *(foreign nation)*   NIGERIA                .

2.     If the defendant is a corporation

The defendant, *(name)*   FEDERAL REPUBLIC OF NIGERIA          , is incorporated under the laws of the State of *(name)*                          , and has its principal place of business in the State of *(name)*                          .
Or is incorporated under the laws of *(foreign nation)*   NIGERIA                ,
and has its principal place of business in *(name)*   NIGERIA                .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE DEFENDANTS ISSUED TEN SOVEREIGN UNCONDITIONAL AND IRREVOCABLE
PROMISSORY NOTES OF FIFTEEN MILLION NINE HUNDRED THOUSAND DOLLARS
($15,900,000.00) CHARGED UPON THE GENERAL ASSETS OF NIGERIA AS PAYMENT FOR LEGAL
FEES, WITH EACH DUE FROM 10/15/2022 THROUGH 10/15/2031. THOUGH THE GOVERNMENT
OF NIGERIA REQUESTED FOR SUBMISSION OF THE FIRST NOTE DUE ON 10/15/2022 FOR

III.    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The defendant, *(name)* FEDERAL REPUBLIC OF NIGERIA                    , owes the plaintiff *(specify the*

*amount)* $    15,900,000.00 , because *(use one or more of the following, as appropriate)*:

A.    **On a Promissory Note**

On *(date)*    09/27/2021    , the defendant signed and delivered a note promising to pay the plaintiff

on *(date)*    10/15/2022    the sum of *(specify the amount)* $    15,900,000.00 with interest at the rate

of *(specify the amount)*                    percent.  The defendant has not paid the amount due and owes

*(state the amount of unpaid principal and interest)* $    16,400,000.00 .  A copy of the note is attached as an

exhibit or is summarized below.  *(Attach the note or summarize what the document says.)*
A COPY OF THE PROMISSORY NOTE WITH A FACE VALUE OF FIFTEEN MILLION, NINE
HUNDRED THOUSAND DOLLARS ($15,900,000.00) IS ATTACHED WITH INTEREST AT 6% BRINGS
THE TOTAL CLAIM TO SIXTEEN MILLION, FOUR HUNDRED THOUSAND DOLLARS
($16,400,000.00) PLUS COSTS AND DAMAGES AS THE COURT MAY DETERMINE APPROPRIATE
UNDER THE CIRCUMSTANCE

B.    **On an Account Between the Parties**

The defendant owes the plaintiff *(specify the amount)* $                    .  This debt arises from an

account between the parties, based on *(state the basis, such as an agreement between a credit–card company and a*

*credit–card holder)*

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period

and showing the bills sent, the payments received or credits approved, and the balance due.  The

defendant owes *(specify the amount)* $                    .  Copies of the bills or account statements are

attached as exhibits or summarized below.  *(Attach the statements or summarize what they say.)*

**C.** **For Goods Sold and Delivered**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for goods sold and delivered

by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

**D.** **For Money Loaned**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for money the plaintiff loaned

the defendant on *(date)* _____ .

**E.** **For Money Paid by Mistake**

The defendant owes the plaintiff *(specify the amount)* $ _____ for money paid by mistake to

the defendant on *(date)* _____ , when the defendant received the payment from *(specify who*

*paid and describe the circumstances of the payment)*

**F.** **For Money Had and Received**

The defendant was paid money *(specify the amount)* $ _____ on *(date)* _____ by

*(identify who paid and describe the circumstances of the payment)*

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as*

*that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a*

*deposit to be returned)*

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

PAYMENT FOR THIS UNCONDITIONAL AND IRREVOCABLE PROMISSORY NOTE BACKED BY THE FULL, FAITH AND CREDIT OF THE FEDERAL GOVERNMENT OF NIGERIA WHICH IS CHARGED AGAINST THE GENERAL ASSETS OF THE FEDERAL GOVERNMENT OF NIGERIA WAS DUE SINCE OCTOBER 15TH, 2022. AS EVIDENCED BY THE LETTER FROM THE DEBT MANAGEMENT OFFICE OF OCTOBER 7TH, 2022 REQUESTING SUBMISSION OF THE PROMISSORY NOTE FOR REDEMPTION AND PAYMENT WHICH IS ATTACHED HEREIN, NO PAYMENT HAS BEEN MADE TILL DATE. THE COURT SHOULD RENDER JUDGMENT IN FAVOR OF THE PLAINTIFFS FOR THE FACE VALUE OF THE NOTE OF FIFTEEN MILLION, NINE HUNDRED THOUSAND DOLLARS ($15,900,000.00) PLUS PRE AND POST JUDGMENT INTEREST OF SIX PERCENT (6%) ALONG WITH PUNITIVE AND EXEMPLARY DAMAGES AS THE COURT MAY DETERMINE APPROPRIATE UNDER THE CIRCUMSTANCE SINCE THERE HAS BEEN NO ATTEMPT TO PAY THE NOTE OR ANY EXPLANATION GIVEN AS TO WHY PAYMENT HAS NOT BEEN MADE.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            04/24/2023

Signature of Plaintiff

Printed Name of Plaintiff    DR. TED ISEGHOHI EDWARDS

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# E D WARDS   AND   PARTNERS



L EGAL   PRACTITIONERS   AND   ARBITRATORS

## STATEMENT OF CLAIM

### DR. TED ISEGHOHI-EDWARDS
### BOSTON LEGAL PARTNERS CORP.

1. On September 27th, 2021 the Debt Management Office on behalf of the Federal Government of Nigeria issued ten (10) Sovereign Wealth Instruments, Promissory Notes with a face value of Fifteen Million, Nine Hundred Thousand United States Dollars ($15,900,000.00) each in favor of Dr. Ted Iseghohi Edwards, an American citizen resident in Boston Massachusetts for the payment of our legal fees.

2. On the face of the Promissory Notes, it stated that they were issued **"UNCONDITIONALLY AND IRREVOCABLY"**, backed by the Full Faith and Credit of the Federal Government of Nigeria and charged upon the General Assets of the Federal Republic of Nigeria. A copy of the first Promissory Note which matured on October 15th, 2022 is attached as **Exhibit "A"**.

3. Each of the ten Promissory Notes was to mature every year for the next ten years. The exact maturity dates were from October 15th, 2022 for every year through October 15th, 2031.

4. Prior to the maturity date of October 15th, 2022 for the first note, the Debt Management Office (DMO) on behalf of the Federal Republic of Nigeria wrote to us on October 5th, 2022 requesting submission of the original of the first note for redemption and payment. A copy of that letter is attached as **Exhibit "B"**.

5. On October 7th, 2022 we wrote to the Debt Management Office informing them that all ten promissory notes were in the custody of Boston Legal Partners who were managing third party related trades with the Promissory Notes.

6. On October 7th 2022, Boston Legal Partners submitted the Original Promissory Note due to mature on October 15th, 2022 through us with clear

payment instructions into the account of Dr. Ted Iseghohi Edwards as requested in the letter from the Debt Management office. A copy of our letter along with the submission made through us by Boston Legal Partners is attached as **Exhibit "C"** series.

7. A letter from the Debt Management Office dated January 13th, 2022 responding to inquiries made by us in which the commitment for timely payment by the Federal Government of Nigeria was reiterated is attached as **Exhibit "D"**.

8. From the date of submission of October 7th, 2022 till date, no payment has been received neither has there been any explanation as to why we are yet to be paid despite numerous inquiries.

9. Prior to filing this suit, on April 4th, 2023 our legal counsel in Nigeria, a Senior Advocate of Nigeria, Ikechukwu Ezechukwu SAN sent a seven-day letter of demand for payment to the Debt Management Office which expired on April 11th, 2023. A copy of that letter is attached as **Exhibit "E"**. A courtesy notification was also sent to the office of the Attorney General and Minister of Justice of the Federal Republic of Nigeria informing him of our demand for payment. A copy of that letter is attached as **Exhibit "F"**.

10.      Also prior to filing this suit, a legal opinion was obtained from another Senior Advocate of Nigeria, Ade Okeaya-Inneh SAN on this apparent default by the Federal Government of Nigeria, a copy of his legal opinion is attached as **Exhibit "G"**.

## RELIEF SOUGHT

As a result of the default in payment on October 15th, 2022 on a Sovereign Wealth Instrument, we are seeking Judgment for: the Payment of the Unconditional and Irrevocable Promissory Note of Fifteen Million, Nine Hundred Thousand Dollars ($15,900,000.00) plus interest at the highest commercial rate, damages and costs which said Promissory Note is backed by the Full Faith and Credit of the Federal Republic of Nigeria, which is also charged against the General Assets of the Federal Republic of Nigeria for which there is no conceivable dispute as to the facts and no sovereign immunity defense due to the nature of the instrument. Judgment should be routine and as a matter of Law since the facts are clear and indisputable from the face of the Promissory Note, being a Sovereign Wealth Instrument.

**Dr. Ted Iseghohi-Edwards Esq**.
PLAINTIFF