DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO

# FEDERAL GOVERNMENT OF NIGERIA

## PROMISSORY NOTE

REFERENCE: FGN/PN/JD/C.A/FX/2021/05A

EXHIBIT "A"

Pursuant to the Debt Management Office (Establishment) Act 2003 and the Local Loans (Registered Stock and Securities) Act, CAP. L17, LFN 2004

Issued by the

THE DEBT MANAGEMENT OFFICE

on behalf of the

FEDERAL GOVERNMENT OF NIGERIA

Value: $15,900,000.00

Place of Issue: ABUJA

Date of Issue: September 27, 2021

Maturity Date: October 15, 2022

The Government of the Federal Republic of Nigeria by this Promissory Note, which is governed by the Laws of the Federal Republic of Nigeria, hereby unconditionally and irrevocably promises to pay to the order of: DR. TED ISEGHOHI EDWARDS,

the sum of: FIFTEEN MILLION, NINE HUNDRED THOUSAND DOLLARS ONLY on the 15th day of October 2022 ("Maturity Date").

This Promissory Note is backed by the full faith and credit of the Federal Government of Nigeria and charged upon the general assets of Nigeria. The Promissory Note also qualifies as an Instrument for Tax Exemption in line with the Tax Waivers approved for Bonds and Short Term Federal Government of Nigeria Securities. This Promissory Note qualifies as a Liquid Asset for liquidity ratio calculation for banks.

This Promissory Note is negotiable and transferable, subject to the submission of this original Note to the Central Bank of Nigeria. Holders are also required to submit this original Promissory Note to the Central Bank of Nigeria for dematerialization. In any case, this Promissory Note must be submitted to the Central Bank of Nigeria for payment at least two (2) working days before the Maturity Date.

For and on behalf of the Government of the Federal Republic of Nigeria

Honourable Minister of Finance

Witnessed by:

Director-General

Debt Management Office

DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO



DEBT MANAGEMENT OFFICE
NIGERIA

The Presidency
NDIC Building (First Floor), Plot 447/448 Constitution Avenue, Central Business District, P.M.B. 532, Garki Abuja.
Tel: +234 - 811000881-3
Website: http://www.dmo.gov.ng, Email: enquiries@dmo.gov.ng

EXHIBIT "B"

**DMO/PMD/649/S.II/i/605** **October 5, 2022**

Dr. Ted Iseghohi Edwards,
Edwards and Partners Law Firm,
109 Awolowo Road,
Ikoyi, Lagos

**RE: PROMISSORY NOTE MATURING ON OCTOBER 15, 2022**

Please recall the Federal Government of Nigeria (FGN) Promissory Note (PNote) with the following particulars:

| | |
|---|---|
| Reference Number | FGN/PN/JD/C.A/FX/2021/05A |
| Beneficiary | DR. TED ISEGHOHI EDWARDS |
| Issue Date | September 27, 2021 |
| Maturity Date | October 15, 2022 |
| **Face Value** | **USD 15,900,000.00** |

2. The Debt Management Office (DMO) kindly requests that the original PNote should be submitted to its office not later than **October 7, 2022**, along with your full bank account details.

3. In the event that you have transferred the PNote to another party, the party holding the Note should be advised to submit the original PNote, and any documentation evidencing such transfers, directly to the DMO, along with their full bank account details not later than **October 7, 2022**. In addition, any documents supporting the identity of the subsequent holder(s) will also be required.

4. While awaiting your expeditious response, please be assured of the Director-General's best regards.

**Oladele Afolabi**
Director, Portfolio Management Department
For: Director-General

E D W A R D S A N D P A R T N E R S

EXHIBIT "C"

L E G A L P R A C T I T I O N E R S A N D A R B I T R A T O R S

October 6th, 2022.

WITHOUT PREJUDICE

The Director General
Debt Management Office (DMO)
Plot 447/448 Constitution Avenue
Central Business District,
Abuja, Nigeria.

Office Of the Director General
DEBT MANAGEMENT OFFICE
NIGERIA
07 OCT 2022
RECEIVED
By
Sign

Dear Ms. P. Oniha;

**RE: SUBMISSION OF THE FEDERAL GOVERNMENT OF NIGERIA'S PROMISSORY NOTE WITH REFERENCE NO. FGN/PN/JD/C.A/FX/2021/05A DUE ON OCTOBER 15TH, 2022 FOR $15,900,000.00 IN FAVOR OF DR. TED ISEGHOHI-EDWARDS.**

We hereby acknowledge receipt of your letter dated October 5th, 2022 with reference No. DMO/PMD/649/S.11/1/605, requesting the submission of the Promissory Note referenced above for Redemption and Payment.

Enclosed, please find a letter of transmittal from our U.S. legal representatives, Boston Legal Services who have custody of our Promissory Notes due to ongoing third party transactions, wherein they attached the requested Promissory Note along with payment instructions.

Kindly accept this letter as our authorization and consent for you to comply with the contents of their letter by making payment into our Bank of America account as stated therein.

Yours faithfully,

**Dr. Ted Iseghohi-Edwards Esq.**
Managing Partner-08035068181

CC TO: Boston Legal Services
Chief Wole Olanipekun SAN, Counsel to Edwards and Partners Law Firm
The Honourable Attorney General and Minister of Justice of the FGN

# Boston Legal Partners

*Corporate Legal Services*
*10 Overlook Ridge Drive, Malden-Boston, Massachusetts 02148.*
*Tel: 857-302-9004; 857-707-6970; Email:Bostoncorporatelegal@gmail.com*

October 6th, 2022.

WITHOUT PREJUDICE

EXHIBIT "C-1"

**The Director General**
Debt Management Office (DMO)
Plot 447/448 Constitution Avenue
Central Business District,
Abuja, Nigeria.

Dear Ms. P. Oniha;

RE: SUBMISSION OF THE FEDERAL GOVERNMENT OF NIGERIA'S PROMISSORY NOTE WITH REFERENCE NO. FGN/PN/JD/C.A/FX/2021/05A WITH A DUE DATE OF OCTOBER 15TH, 2022 FOR $15,900,000.00 IN FAVOR OF DR. TED ISEGHOHI-EDWARDS, DOING BUSINESS UNDER THE NAME AND STYLE OF EDWARDS AND PARTNERS LAW FIRM FOR REDEMPTION/PAYMENT.

Edwards and Partners Law Firm is our client and it is based on their instruction that we write to submit for Redemption/Payment, the Federal Government of Nigeria's Promissory Note with reference no. FGN/PN/JD/C.A/FX/2021/05A with a due date of October 15th, 2022 and a face value of $15,900,000.00 in favor of **DR. TED ISEGHOHI-EDWARDS.**

Please be advised that because the Promissory Note with reference no. FGN/PN/JD/C.A/FX/2021/05A is the subject of **multiple commercial transactions** with **third party exposure** including but not limited to: **Bank of America N.A.**; **Merrill Lynch; J. P. Morgan; Chase Bank; Opibus B.V.; CDR Infrastructure LLC; Frontier Financial Technologies Ltd** amongst others, it is imperative that the proceeds of this note is domiciled in Bank of America N. A. in order to satisfy the terms and conditions of those transactions.

Consequent upon the above and in line with your request in your letter dated October 5th, 2022 with reference no. DMO/PMD/649/S.11/1/605, kindly find

attached, the Original of the Promissory Note with reference no. FGN/PN/JD/C.A/FX/2021/05A for Redemption/Payment as follows:

Bank Name  : Bank of America N. A.
Address       : 222 Broadway, N.Y., N.Y. 10038
Account No. : 004660994332
Routing No. : 026009593
Swift Code   : BOFAUS3N
Credit Name: Ted Iseghohi-Edwards DBA Edwards and Partners Law Firm
Address       : 30 Parkside Place, #614, Malden Ma, 02148
Credit Amount: $15,900,000.00 (Fifteen Million, Nine Hundred thousand Dollars)

Yours faithfully,

E. D. Brenden
Senior Special Counselor

Cc to: Quinn Emmanuel Urquhart & Sullivan, Law Firm, New York and Boston

Chief Wole Olanipekun SAN, Counsel to Edwards and Partners Law Firm

The Honourable Attorney General and Minister of Justice of the FGN

Bank of America N.A., N.Y., N.Y., and Boston, Ma. U.S.A.

Merrill Lynch, N.Y., N.Y., and Boston, Ma. U.S.A.

J. P. Morgan, N.Y., N.Y., and Boston, Ma. U.S.A.

Chase Bank, N.Y., N.Y., and Boston, Ma. U.S.A.

Opibus B.V., The Netherlands

CDR Infrastructure LLC, Virgina, U.S.A.

Frontier Financial Technologies Ltd, United Kingdom

Edwards and Partners Law Firm

DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO

# FEDERAL GOVERNMENT OF NIGERIA

## PROMISSORY NOTE

REFERENCE: FGN/PN/JD/C.A/FX/2021/05A

EXHIBIT "C-2"

Pursuant to the Debt Management Office (Establishment) Act 2003 and the Local Loans (Registered Stock and Securities) Act, CAP. L17, LFN 2004

Issued by the

THE DEBT MANAGEMENT OFFICE

on behalf of the

FEDERAL GOVERNMENT OF NIGERIA

Value: $15,900,000.00

Place of Issue: ABUJA

Date of Issue: September 27, 2021

Maturity Date: October 15, 2022

The Government of the Federal Republic of Nigeria by this Promissory Note, which is governed by the Laws of the Federal Republic of Nigeria, hereby unconditionally and irrevocably promises to pay to the order of: DR. TED ISEGHOHI EDWARDS,

the sum of: FIFTEEN MILLION, NINE HUNDRED THOUSAND DOLLARS ONLY on the 15th day of October 2022 ("Maturity Date").

This Promissory Note is backed by the full faith and credit of the Federal Government of Nigeria and charged upon the general assets of Nigeria. The Promissory Note also qualifies as an Instrument for Tax Exemption in line with the Tax Waivers approved for Bonds and Short Term Federal Government of Nigeria Securities. This Promissory Note qualifies as a Liquid Asset for liquidity ratio calculation for banks.

This Promissory Note is negotiable and transferable, subject to the submission of this original Note to the Central Bank of Nigeria. Holders are also required to submit this original Promissory Note to the Central Bank of Nigeria for dematerialization. In any case, this Promissory Note must be submitted to the Central Bank of Nigeria for payment at least two (2) working days before the Maturity Date.

For and on behalf of the Government of the Federal Republic of Nigeria

Honourable Minister of Finance

Witnessed by:

Director-General
Debt Management Office

DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO DMO

DEBT MANAGEMENT OFFICE
NIGERIA

The Presidency
NDIC Building (First Floor), Plot 447/448 Constitution Avenue, Central Business District, P.M.B. 532, Garki, Abuja.
Tel: +234 - 811000881-3
Website: http://www.dmo.gov.ng, Email: enquiries@dmo.gov.ng

EXHIBIT "D"

DMO/PMD/649/II/858 January 13, 2022

The Managing Partner,
Edwards and Partners Law Firm,
109 Awolowo Road,
Ikoyi, Lagos.

**RE: REDEMPTION AND DEMATERIALIZATION OF PROMISSORY NOTES TO DR. TED ISEGHOHI-EDWARDS ON BEHALF OF EDWARDS AND PARTNERS LAW FIRM**

The Debt Management Office (DMO) wishes to acknowledge receipt of your letter dated November 29, 2021 with the above subject matter requesting for clarification on some issues that have arisen.

2. Please find below the DMO's responses to the issues raised:

i. ***Is there any doubt whatsoever that at maturity, each of the ten (10) notes issued to Dr. Ted Iseghoni Edwards for $15,900,000.00 will be paid/redeemed in full?***
*It should be expected that the Federal Government of Nigeria will honour its obligations.*

ii. ***Can the current notes be reissued in smaller denominations?***
No, they cannot. The Notes were issued in accordance with the Presidential approval of equal maturities over a period of 10 years.

iii. ***Is there any doubt that each of the Notes issued for $15,900,000.00 will be redeemed by the Federal Government in United States Dollars as stated on the face of the note?***
The Notes were issued in USD based on the directives received by the DMO at the time of issuance.

iv. ***Will the Federal Government withdraw, cancel, request that these notes be surrendered or refuse to redeem the notes for full value in United States Dollars for any reason whatsoever?***
The DMO has not received directives to that effect.

v. ***Where an institution is financially viable enough not to require dematerialization of these Notes, can the notes be traded as is and or held till maturity and redeem them at full face value?***



DEBT MANAGEMENT OFFICE
NIGERIA

vi. *In the light of the conflicting stance of the Central Bank of Nigeria that it cannot dematerialize Promissory Notes issued by the Debt Management Office in United States Dollars because its S4 platform is set up to dematerialise Promissory Notes issued in Naira only and that beneficiaries should return the Promissory Notes to the Debt Management Office, what is the Debt Management Office doing to ensure that these Promissory Notes can be traded and or dematerialized by the Central Bank of Nigeria?*
The Notes are valid Federal Government of Nigeria instruments that will be honoured when they mature. The DMO will however, continue to engage with the Central Bank of Nigeria on the issue of dematerialisation but cannot guarantee any outcome.

vii. *In the light of the current stance of the Central Bank of Nigeria regarding dematerialization, should we begin attaching assets of the Federal Government both within and outside the country as stated on the face of the notes or does the Debt Management Office intend to take steps to resolve this issue as soon as possible.*
Please note that the Promissory Notes were unconditionally accepted by Dr. Ted Iseghohi Edwards as full and final settlement of the judgment debt due him from Suit No.: FCT/CV/1545/2015. The Acceptance and Undertaking signed by Dr. Ted Iseghohi Edwards discharged the Federal Government of Nigeria, its Ministries, Departments and Agencies and the 774 Local Government Councils of the Federation from any further liability with regard to Suit No.: FCT/CV/1545/2015. The Federal Government has redeemed its obligation by issuing the Promissory Notes which will be honoured on the due dates. Accordingly, there can be no basis for the issue of attachment of assets.

3. Please be assured of the Director-General's best regards.

Oladele Afolabi
Director, Portfolio Management Department
For: Director-General

# U.S. District Court

## District of Columbia

Receipt Date: Apr 24, 2023 11:26AM

Ted Iseghohi-Edwards

Rcpt. No: 204511 | Trans. Date: Apr 24, 2023 11:26AM | Cashier ID: #JH

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $402.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 23-1129

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



# IKECHUKWU EZECHUKWU, SAN & CO

**OGBUELI CHAMBERS**
BARRISTERS, SOLICITORS & NOTARY PUBLIC

No 2A, Tanga Street, Zone 6, Wuse Abj
Tel: 07084051198, 08103123[illegible]
E-mail: [illegible]
[illegible]
web: www.[illegible].com.

Our Ref: Your Ref:

EXHIBIT "E"

4th April, 2023.

FED. MIN. OF JUSTICE
RECEIVED
4 APR 2023
HAGF REGISTRY
Honourable Attorney-General Of The Federation & Minister Of Justice

The Honourable Attorney General and Minister of Justice,
Federal Republic of Nigeria,
Shehu Shagari Way,
CBD, Abuja.

Dear Honourable Attorney-General and Minister of Justice:

**NOTICIATION OF TODAY'S EXPIRATION OF OUR 7 DAY PAYMENT DEMAND FROM THE DEBT MANAGEMENT OFFICE (DMO) OR A RETURN OF THE PROMISSORY NOTE WITH REFERENCE NO. FGN/PN/JD/C.A/FX/2021/05A ISSUED IN FAVOUR OF DR. TED ISEGHOHI-EDWARDS FOR $15,900,000.00 WHICH MATURED ON 15/10/2022.**

Above subject matter refers.

Honourable HAGF Sir, attached, please find our 7 Day Letter to the Debt Management Office (DMO) demanding immediate payment or return of our Client's Promissory Note referenced above which was redeemed for cash payment since October 7th, 2022 for which they are yet to be paid.

The said Promissory Note was not returned neither has there been any communication as to why payment has not been made after almost six (6) months from its maturity date and when the Debt Management Office (DMO) requested and received the Promissory Note for redemption and payment in line with its letter dated October 5th, 2022.

Honourable HAGF Sir, ***our 7-day demand for payment expires at the end of business on 11th April, 2023 and being concerned and patriotic citizens, our clients have thought it expedient to bring this to your attention because of the dire consequences on the nation.*** These Promissory Notes have exchanged hands and in custody of third parties willing to take whatever steps necessary to recoup the proceeds of the notes as at when due including but

not limited to ***serious negative rating for Nigeria and levying execution against its identifiable assets worldwide forthwith.***

Yours faithfully,

Ikechukwu Ezechukwu, SAN, FCIArb.
08035875234





# IKECHUKWU EZECHUKWU, SAN & CO.

OGBUELI CHAMBERS
BARRISTERS, SOLICITORS & NOTARY PUBLIC

No 2A, Tonga Street, Zone 6, Wuse Abuja
Tel: 07084051 90, 08108128542
E-mail:ikchukwupaulson@yahoo.com
ikechukwu@ikechukwuezechukwusanandco.com.ng
web: www.ikechukwuezechukwusanandco.com.ng

Our Ref: Your Ref:

EXHIBIT "F"

4th April, 2023

Office Of the Director General
DEBT MANAGEMENT OFFICE
NIGERIA
[illegible] APR 2023
RECEIVED

The Director General
Debt Management Office (DMO)
Plot 447/448 Constitution Avenue
Central Business District, Abuja.

Dear Madam DG;

**7 DAY DEMAND FOR PAYMENT OR RETURN OF PROMISSORY NOTE WITH REFERENCE NO. FGN/PN/JD/C.A/FX/2021/05A ISSUED IN FAVOUR OF DR. TED ISEGHOHI-EDWARDS FOR $15,900,000.00.**

Above subject matter refers.

Madam DG, we are solicitors and legal representatives of Boston Legal Partners in the United States of America who are custodians and Managers of the third party trade consortium of the Promissory Note referenced above among others and Dr. Ted Iseghohi-Edwards.

Kindly recall that on the 5th **of October** 2022, your office wrote to Dr. Ted Iseghohi-Edwards, Edwards and partners Law Firm requesting that they submit the Promissory Note referenced above due to mature on the 15th of October, 2022 along with full bank details for redemption and payment but in the event that the said Promissory Note had been transferred to a third party, the party holding the Note should be advised to submit the original Promissory Note along with their full bank account details.

Our clients complied with your request by submitting the original Promissory Note on October 7th, 2022 on behalf of the custodians, a U.S. Third Party Trade Consortium through the Managers of the **Third Party Trade Consortium,**

IN CHAMBERS: IKECHUKWU EZECHUKWU, SAN, FCIArb, ... [illegible]

**Boston Legal Partners** but are yet to receive payment or any explanation as to why payment has not been made as indicated in your letter.

In the light of the foregoing, we are compelled to demand that you make full payment to the account provided in the letter of transmittal within seven (7) calendar days of your receipt of this letter or return the original Promissory Note to our clients, failure of which, our clients' Attorneys and Legal representatives in Washington DC and New York in the United States of America shall immediately execute against any and all identifiable Federal Government of Nigeria's assets worldwide, both liquid and fixed without any further notification to your office.

Due to the dire consequences of declaring the Federal Government of Nigeria in default of this Sovereign Instrument, our clients have exercised every iota of patience and understanding to enable your office do the needful but with the expiation of almost six (6) months past the payment due date and compliance with your request for submission of the original Promissory Note for redemption and payment, you leave us with no choice but to step up recovery efforts on behalf of our clients.

For the avoidance of any doubt, ***this seven (7) day Grace period will expire on 11th April, 2023 and there will be no further correspondence with your office regarding this matter.*** The resultant negative consequences in the international commercial environment as regards the country's ability to transact business with near certain down grading of Credit/debt ratings and others, will be for your office and others to manage.

Yours faithfully,

**Ikechukwu Ezechukwu, SAN, FCIArb.**
**08035875234**

NIGERIAN BAR ASSOCIATION
NBA

EXHIBIT "G"

# ADE OKEAYA-INNEH & CO.

B71 Adamu Yahaya Road, Sunshine Estate, off 69 Road, Gwarimpa Estate, Abuja.
adeokeayainneh@gmail.com

08033140396

7 April, 2023.

Madison S. Spach, Jr.
Spach, Capaldi, Waggaman, LLP
4675 MacArthur Court, Suite 550
Newport Beach,
California 92660

Dear Sir

**LEGAL OPINION ON THE TERMS AND CONDITIONS OF PROMISSORY NOTES ISSUED BY THE FEDERAL GOVERNMENT OF NIGERIA**

1.0 This legal opinion is in regard to the promissory note referenced: FGN/PN/ID/CA/FX/2021/05F which was issued by the Federal Government of Nigeria to Dr. Ted Iseghohi Edwards on 27th September 2021.

1.1 A promissory note is a negotiable instrument. It is a financial negotiable instrument. It can be issued by public and private organisations. It is a debt instrument backed by specified security.

1.2 In the private sector, banks issue these debt notes backed or securitised by their assets.

1.3 In the public sector, it is part of a series of debt profile notes issued by States or Federal Governments. They are a type of treasury bills which are securitised by the sovereign wealth funds of the various governments. They are extremely important in growing the economy.

1.4 Importantly, they are a sort of irrevocable letter of credit. In irrevocable financial instrument which allows the party in whose favour it is created to deal with as a form of intangible property. In this case, it is a form of cash contained in a single note form that can be fully paid up or discounted by third parties in favour of the primary promisee.

1.5 The terms of the notes between the promisor and promisee are clearly stated on the notes conforming and complying with the particular and general laws relating to commercial laws and international business laws. Based on the clear terms of the note, it is indeed an unconditional irrevocable Sovereign note and a liquid asset for all intents and purposes etc. Importantly, the rights stated therein are transferable to third parties to which the promisee may want to assign the rights accruable pursuant to the agreement.

1.6 The third and fourth paragraphs on the body of this particular notes define the terms lucidly. They are standard commercial terms in such notes in accordance with local and international laws on international business transactions. In this particular case, the notes have been used to offset Federal Government debts. This was in accordance issued to Dr. Ted Iseghohi Edwards for the provision of services. On the body of the note, it states clearly and categorically that they can be used as tax credits and as a means of reducing tax liability by way of tax credits. It is a clear term of the note to which the promisee and his or their assignees can take advantage off.

1.7 It is not in my opinion a term that the promissor can renege on in so far as the promisee or the assignee of the promisee come within the parameters of industries or organisations qualified for tax credits.

**Prepared by:**

**Ade Okeaya-Inneh, SAN**